AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 6:21-mj-00175-MK |
| Javier Cardenas-Manzo, Gustavo Manzo-Mares, ) | |
| Candice Barrett, Frank Buehler, John Willis, and ) | |
| Nathan Daniels ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 11, 2020 to present in the county of Lane in the
District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846. | Possession with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, and conspiracy to do the same. |

This criminal complaint is based on these facts:
The attached affidavit which is incoporated herein.

☑ Continued on the attached sheet.

/s/ Juan Sergio Sierra, per rule 4.1
*Complainant's signature*

Juan Sergio Sierra, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:24pm a.m./p.m.

Date: September 13, 2021

*Judge's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*